1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, Derivatively on Behalf of WASTE CONNECTIONS, INC., | CASE NO. 06-CV-02341-FCD-GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | Date:    TBD |
| RONALD J. MITTELSTAEDT, STEVEN F. BOUCK, DARRELL W. CHAMBLISS, ROBERT D. EVANS, WORTHING F. JACKMAN, DAVID M. HALL, KENNETH O. ROSE, DAVID G. EDDIE, ERIC O. HANSEN, JERRI L. HUNT, JAMES M. LITTLE, MICHAEL W. HARLAN, WILLIAM J. RAZZOUK, EUGENE V. DUPREAU and ROBERT H. DAVIS, | |
| Defendants, | |
| and | |
| WASTE CONNECTIONS, INC., a Delaware corporation, | |
| Nominal Defendant. | |

1    WHEREAS on October 24, 2006, plaintiff Kenneth Travis, derivatively and on behalf of

2  Waste Connections, Inc., filed the complaint in this action; and

3    WHEREAS the parties previously stipulated on November 21, 2006, that defendants

4  should have until December 20, 2006, to answer or otherwise respond to the complaint; and

5    WHEREAS shortly thereafter, on December 5, 2006, a second complaint was filed in this

6  court (Nichols v. Mittelstaedt et al., Case No. 06-CV-02745-MCE-KJM) alleging the same

7  claims against the same defendants; and

8    WHEREAS counsel for plaintiff Travis and defendants' counsel agreed that the two

9  federal cases should be consolidated and that defendants should not be required to respond to the

10  Travis complaint until a lead plaintiff and plaintiff's counsel were chosen and an amended

11  consolidated complaint was filed; and

12    WHEREAS a stipulation was being prepared by the parties to that effect; and

13    WHEREAS the parties recently became aware that the second-filed case had been

14  dismissed, thereby mooting any need to consolidate the cases or to file an amended consolidated

15  complaint; and

16    WHEREAS in order to provide defendants with adequate time to respond to the

17  allegations in the complaint, to accommodate attorney schedule, and to provide for an uniform

18  response date;

19    IT IS SO STIPULATED that defendants shall have until January 19, 2007, to answer or

20  otherwise respond to the complaint.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING TIME

1  Dated:   December 20, 2006

2

3  LATHAM & WATKINS LLP                    LERACH COUGHLIN STOIA GELLER
       David M. Friedman                       RUDMAN & ROBBINS LLP
4                                                  Travis E. Downs III

5

6  By   /s/ David M. Friedman, Esq.            By   /s/ Travis E. Downs III, Esq.
                                                    (as authorized on December 19, 2006)
7        David M. Friedman (Bar No. 209214)       Travis E. Downs III (Bar No. 148274)
   LATHAM & WATKINS LLP                    LERACH COUGHLIN STOIA GELLER
8  505 Montgomery Street, Suite 2000       RUDMAN & ROBBINS LLP
   San Francisco, CA  94111                Randi D. Bandman
9  Tel:   (415) 391-0600                   9601 Wilshire Blvd., Suite 510
   Fax:   (415) 395-8095                   Los Angeles, CA  90210
10 david.friedman@lw.com                   Tel:   (310) 859-3100
                                           Fax:   (310) 278-2148
11                                         randib@lerachlaw.com

12 LATHAM & WATKINS LLP                    LERACH COUGHLIN STOIA GELLER
       Paul H. Dawes (Bar No. 55191)       RUDMAN & ROBBINS LLP
13     Andrew M. Farthing (Bar No. 237565)    William S. Lerach (Bar No. 68581)
   140 Scott Drive                            Darren J. Robbins (Bar No. 168593)
14 Menlo Park, CA  94025                      Travis E. Downs III (Bar No. 148274)
   Tel:   (650) 328-4600                   655 West Broadway, Suite 1900
15 Fax:   (650) 463-2600                   San Diego, CA  92101
                                           Tel:   (619) 231-1058
16 Attorneys for Defendants                Fax:   (619) 231-7423
   Ronald J. Mittelstaedt, Steven F. Bouck, travisd@lerachlaw.com
17 Darrell W. Chambliss, Robert D. Evans,
   Worthing F. Jackman, David M. Hall,    LERACH COUGHLIN STOIA GELLER
18 Kenneth O. Rose, David G. Eddie,       RUDMAN & ROBBINS LLP
   Eric O. Hansen, Jerri L. Hunt, James       Shawn A. Williams (Bar No. 213113)
19 M. Little, Michael W. Harlan, William  100 Pine Street, Suite 2600
   J. Razzouk, Eugene V. Dupreau,         San Francisco, CA  94111
20 Robert H. Davis, and Nominal           Tel:   (415) 288-4545
   Defendant Waste Connections, Inc.      Fax:   (415) 288-4534
21
                                          Attorneys for Plaintiff
22                                         Kenneth Travis, Derivatively on Behalf
                                           of Waste Connections, Inc.
23

24

25

26

27

28

1

<u>ORDER</u>

2

       Pursuant to the stipulation of the parties, and good cause appearing, defendants shall have

3

until January 19, 2007, to answer or otherwise respond to the complaint.

4

       IT IS SO ORDERED.

5

Dated this 22ND  day of December 2006

6

7

8

_____

9

       FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28