1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, Derivatively on Behalf of WASTE CONNECTIONS, INC., | CASE NO. 06-CV-02341-FCD-GGH |
| Plaintiff, | STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS |
| v. | Action Filed:  October 24, 2006 |
| RONALD J. MITTELSTAEDT, STEVEN F. BOUCK, DARRELL W. CHAMBLISS, ROBERT D. EVANS, WORTHING F. JACKMAN, DAVID M. HALL, KENNETH O. ROSE, DAVID G. EDDIE, ERIC O. HANSEN, JERRI L. HUNT, JAMES M. LITTLE, MICHAEL W. HARLAN, WILLIAM J. RAZZOUK, EUGENE V. DUPREAU and ROBERT H. DAVIS, | Judge:     Hon. Frank C. Damrell<br>Date:      March 30, 2007<br>Time:      10:00 a.m.<br>Courtroom: 2, 15th floor |
| Defendants, | |
| and | |
| WASTE CONNECTIONS, INC., a Delaware corporation, | |
| Nominal Defendant. | |

1    WHEREAS on January 19, 2007, nominal defendant Waste Connections, Inc., filed a

2  motion to dismiss for failure to make a pre-suit demand pursuant to Fed.R.Civ.P. 23.1; and

3    WHEREAS that same day the individual defendants filed a motion to dismiss for failure

4  to state a claim pursuant to Fed.R.Civ.P. 12(b)(6); and

5    WHEREAS that same day specially appearing individual defendants Michael W. Harlan

6  and William J. Razzouk also filed a motion to dismiss plaintiff's state law claims for lack of

7  personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2); and

8    WHEREAS the motions have been noticed by the Court for hearing on March 30, 2007;

9    IT IS SO STIPULATED that plaintiff's opposition papers to the aforementioned motions

10  shall be filed no later than February 23, 2007.  Defendants' reply papers shall be filed no later

11  than March 20, 2007.

12

13  Dated:  January 26, 2007

14

15  LATHAM & WATKINS LLP                 LERACH COUGHLIN STOIA GELLER
      David M. Friedman                          RUDMAN & ROBBINS LLP
16                                                 Travis E. Downs III

17

18  By ___/s/ David M. Friedman_____     By ___/s/ Travis E. Downs (by David M.
                                                Friedman as authorized January 25, 2007)
19

20      David M. Friedman (Bar No. 209214)        Travis E. Downs III (Bar No. 148274)
      LATHAM & WATKINS LLP                     LERACH COUGHLIN STOIA GELLER
21    505 Montgomery Street, Suite 2000        RUDMAN & ROBBINS LLP
      San Francisco, CA 94111                  Randi D. Bandman
22    Tel:  (415) 391-0600                     9601 Wilshire Blvd., Suite 510
      Fax:  (415) 395-8095                     Los Angeles, CA 90210
23    david.friedman@lw.com                    Telephone:  310/859-3100
                                               Facsimile:  310/278-2148
24                                             randib@lerachlaw.com

25  LATHAM & WATKINS LLP                 LERACH COUGHLIN STOIA GELLER
      Paul H. Dawes (Bar No. 55191)            RUDMAN & ROBBINS LLP
26      Andrew M. Farthing (Bar No. 237565)      William S. Lerach (Bar No. 68581)
      140 Scott Drive                            Darren J. Robbins (Bar No. 168593)
27    Menlo Park, CA 94025                        Travis E. Downs III (Bar No. 148274)
      Tel:  (650) 328-4600                     655 West Broadway, Suite 1900
28    Fax:  (650) 463-2600                     San Diego, CA 92101
                                               Telephone:  619/231-1058

Attorneys for Defendants
Ronald J. Mittelstaedt, Steven F. Bouck,
Darrell W. Chambliss, Robert D. Evans,
Worthing F. Jackman, David M. Hall,
Kenneth O. Rose, David G. Eddie,
Eric O. Hansen, Jerri L. Hunt, James
M. Little, Eugene V. Dupreau, Robert
H. Davis, and Specially Appearing
Defendants Michael W. Harlan and
William J. Razzouk, and Nominal
Defendant Waste Connections, Inc.

Facsimile:  619/231-7423
travisd@lerachlaw.com

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
    Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  415/288-4545
Facsimile:  415/288-4534

Attorneys for Plaintiff
Kenneth Travis, Derivatively on Behalf
of Waste Connections, Inc.

ORDER

Pursuant to the stipulation of the parties, and good cause appearing, plaintiff shall file its

oppositions to the aforementioned motions no later than February 23, 2007.  Defendants shall

have until March 20, 2007 to file reply papers.

**IT IS SO ORDERED**.

Dated this 29th day of  January 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE