UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al., | CIV S-06-2341 FCD GGH |
|     Plaintiff(s), | "CONSOLIDATED ACTION" |
| v. | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO CORRECTED VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT |
| RONALD J. MITTELSTAEDT, et al., | |
|     Defendant(s), and | |
| WASTE CONNECTIONS, INC., | Action Filed: October 24, 2006 |
|     Nominal Defendant. | Judge:   Hon. Frank C. Damrell, Jr. |
| LAWRENCE PIERCE, et al., | |
|     Plaintiff(s), | |
| v. | |
| RONALD J. MITTELSTAEDT, et al., | |
|     Defendant(s), and | |
| WASTE CONNECTIONS, INC., | |
|     Nominal Defendant. | |

1           WHEREAS, on October 24, 2006, plaintiff Kenneth Travis filed an individual
2  shareholder derivative complaint in this Court ("*Travis* action"); and
3           WHEREAS, on January 30, 2007, plaintiffs John Bannister and Lawrence Pierce filed a
4  second individual shareholder derivative complaint in this Court ("*Pierce* action"); and
5           WHEREAS, on February 23, 2007, plaintiffs' and defendants' counsel stipulated that the
6  two federal cases should be consolidated and that defendants should not be required to respond
7  to either complaint until 45 days after an amended consolidated complaint was filed; and
8           WHEREAS, on March 8, 2007, the Court approved the parties' stipulation, thereby
9  consolidating the *Travis* and *Pierce* actions as the above-captioned action ("consolidated action")
10 and approving the stipulated schedule for plaintiffs to file a consolidated complaint and for
11 defendants to file an answer or otherwise respond; and
12          WHEREAS, on April 25, 2007, plaintiffs Kenneth Travis, Lawrence Pierce, John
13 Banister and Eugene Booen filed a corrected verified consolidated shareholder derivative
14 complaint; and
15          WHEREAS under the previous stipulation defendants would have until June 7, 2007, to
16 answer or otherwise respond to the complaint; and
17          WHEREAS in order to provide defendants with adequate time to respond to the
18 allegations in the complaint and to accommodate attorneys' schedules;
19          IT IS SO STIPULATED that defendants shall have until June 21, 2007, to answer or
20 otherwise respond to the complaint.
21 Dated:  June 1, 2007
22
23 LATHAM & WATKINS LLP                     LERACH COUGHLIN STOIA GELLER
      David M. Friedman                       RUDMAN & ROBBINS LLP
24                                             James I. Jaconette
25
26 By  /s/ David M. Friedman, Esq.          By   /s/ James I. Jaconette, Esq.
      David M. Friedman (Bar No. 209214)       (as authorized on June 1, 2007)
27                                             James I. Jaconette (Bar No. 179565)
28

| | |
|---|---|
| LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel:  (415) 391-0600<br>Fax:  (415) 395-8095<br>david.friedman@lw.com | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Randi D. Bandman<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>Telephone:  (310) 859-3100<br>Facsimile:  (310) 278-2148<br>randib@lerachlaw.com |
| LATHAM & WATKINS LLP<br>   Paul H. Dawes (Bar No. 55191)<br>   Andrew M. Farthing (Bar No. 237565)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel:  (650) 328-4600<br>Fax:  (650) 463-2600<br><br>Attorneys for Defendants<br>Ronald J. Mittelstaedt, Steven F. Bouck,<br>Darrell W. Chambliss, Michael R. Foos,<br>Eric J. Moser, David M. Hall,<br>Kenneth O. Rose, David G. Eddie,<br>Eric O. Hansen, Jerri L. Hunt, James<br>M. Little, Eugene V. Dupreau,<br>Robert H. Davis, Specially Appearing<br>Defendants Michael W. Harlan and<br>William J. Razzouk, and Nominal<br>Defendant Waste Connections, Inc. | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>   William S. Lerach (Bar No. 68581)<br>   Darren J. Robbins (Bar No. 168593)<br>   James I. Jaconette (Bar No. 179565)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone:  (619) 231-1058<br>Facsimile:  (619) 231-7423<br>jamesj@lerachlaw.com<br><br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>   Shawn A. Williams (Bar No. 213113)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone:  (415) 288-4545<br>Facsimile:  (415) 288-4534<br><br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER LLP<br>   Alan R. Plutzik (Bar No. 077785)<br>   L. Timothy Fisher (Bar No. 191626)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: 925/945-0770<br>Facsimile:  925/945-8792<br><br>Attorneys for Plaintiffs<br>Kenneth Travis, Lawrence Pierce, John Banister and Eugene Booen, Derivatively on Behalf of Waste Connections, Inc. |

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, defendants shall have until June 21, 2007, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: June 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE