SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Nichole T. Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: 925-945-0770
Facsimile: 925-945-8792
aplutzik@sbtklaw.com
tfisher@sbtklaw.com
nbrowning@sbtklaw.com

  -and-

Eric Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
dalbert@sbtklaw.com

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
William S. Lerach (68581)
Darren J. Robbins (168593)
Travis E. Downs III (148274)
James I. Jaconette (179565)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423 (fax)
wsl@lerachlaw.com
darrenr@lerachlaw.com
travisd@lerachlaw.com
jamesj@lerachlaw.com

  -and-

Shawn A. Williams (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com

Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KENNETH TRAVIS, ET AL., </br></br>Plaintiff(s) </br></br> v. </br></br> RONALD J. MITTELSTAEDT, ET AL., </br></br>Defendant(s) </br></br> and </br></br> WASTE CONNECTIONS, INC., </br></br>Nominal Defendant. | CIV S-06-2341 FCD GGH </br></br> **CONSOLIDATED ACTION** </br></br> **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

| | |
|---|---|
| LAWRENCE PIERCE, ET AL., | ) |
| Plaintiff(s) | ) |
| v. | ) |
| RONALD J. MITTELSTAEDT, ET AL., | ) |
| Defendant(s) | ) |
| and | ) |
| WASTE CONNECTIONS, INC., | ) |
| Nominal Defendant. | ) |

WHEREAS, on October 24, 2006, plaintiff Kenneth Travis (the "Plaintiff"), filed an individual shareholder derivative complaint in this Court ("*Travis*" action); and

WHEREAS, on January 30, 2007, plaintiffs John Bannister and Lawrence Pierce filed a second individual shareholder derivative complaint in this Court ("*Pierce* action"); and

WHEREAS, on February 23, 2007, plaintiffs' and defendants' counsel stipulated that the two federal cases should be consolidated and that defendants should not be required to respond to either complaint until 45 days after an amended consolidated complaint was filed; and

WHEREAS, on March 8, 2007, the Court approved the parties' stipulation, thereby consolidating the *Travis* and *Pierce* actions as the above-captioned action ("consolidated action") and approving the stipulated schedule for plaintiffs to file a consolidated complaint and for defendants to file and answer or otherwise respond; and

WHEREAS, on April 25, 2007, plaintiffs Kenneth Travis, Lawrence Pierce, John Banister and Eugene Booen filed a corrected verified consolidated shareholder derivative complaint; and

WHEREAS, on June 21, 2007, Nominal Defendant Waste Connections filed a motion to dismiss for failure to make a pre-suit demand;

WHEREAS, on June 21, 2007, the individual defendants filed a motion to dismiss for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6);

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. CIV S-06-2341 FCD GGH

2

1    WHEREAS, on June 21, 2007, specially appearing defendants Messrs. Harlan and Razzouk also filed a motion to dismiss for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2);

WHEREAS, Plaintiffs' opposition to all three of defendants' motions to dismiss are currently due on September 4, 2007;

WHEREAS, Plaintiffs have requested additional time to take discovery related to the motion to dismiss for lack of personal jurisdiction;

NOW, THEREFORE, subject to the Court's approval, Plaintiffs and Defendants, by and through their respective counsel of record, hereby agree and stipulate to the following:

1. Plaintiffs' Opposition to Defendants' Motions to Dismiss for failure to state a claim and Plaintiffs' Opposition to Nominal Defendant Waste Connections' Motion to Dismiss for Failure to Plead Demand Futility shall be due on September 19, 2007;

2. Plaintiffs' Opposition to Specially Appearing Defendants Messrs. Harlan and Razzouk's Motion to Dismiss for Lack of Personal Jurisdiction shall be due on September 28, 2007.

3. Defendants' replies to all three oppositions shall be due on October 19, 2007; and

4. Upon approval of the Court, the hearing on the Motions to Dismiss currently scheduled for September 21, 2007 shall be continued to October 26, 2007.

IT IS SO STIPULATED.

Dated: August 30, 2007                SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

                                              /s/ L.Timothy Fisher
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Nichole T. Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. CIV S-06-2341 FCD GGH

3

Facsimile:   (925) 945-8792

Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for Plaintiffs*

LATHAM & WATKINS

/s/ David M. Friedman (as authorized 8/29/07)
David M. Friedman
505 Montgomery Street
San Francisco, CA 94111-2562
Telephone:  (415) 395-8238
Facsimile:  (415) 395-8095

*Counsel for Defendants*

\*     \*     \*     \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE