SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Nichole T. Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: 925-945-0770
Facsimile: 925-945-8792
aplutzik@sbtklaw.com
tfisher@sbtklaw.com
nbrowning@sbtklaw.com

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Darren J. Robbins (168593)
Travis E. Downs III (148274)
James I. Jaconette (179565)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
travisd@csgrr.com
jamesj@csgrr.com

Lead Counsel for Plaintiffs
Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KENNETH TRAVIS, ET AL., ) | |
| ) | CIV S-06-2341 FCD GGH |
| Plaintiff(s) ) | |
| v. ) | |
| ) | **ORDER REGARDING** |
| RONALD J. MITTELSTAEDT, ET AL., ) | **PLAINTIFFS' MOTION TO SEAL THE** |
| ) | **OPPOSITION TO DEFENDANTS'** |
| and ) | **MOTION TO DISMISS STATE LAW** |
| ) | **CLAIMS FOR LACK OF PERSONAL** |
| WASTE CONNECTIONS, INC., ) | **JURISDICTION** |
| ) | |
| Nominal Defendant. ) | Judge: Honorable Frank C. Damrell, Jr. |
| ) | Date: October 26, 2007 |
| | Time: 10:00 a.m. |
| | Courtroom: 2, 15th Floor |
| LAWRENCE PIERCE, ET AL., ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| ) | |

832473.1

|   |   |
|---|---|
| RONALD J. MITTELSTAEDT, ET AL., | ) |
|  | ) |
| Defendant(s) | ) |
|  | ) |
| and | ) |
|  | ) |
| WASTE CONNECTIONS, INC., | ) |
|  | ) |
| Nominal Defendant. | ) |
|  | ) |

Plaintiffs seek an order from this Court sealing both its Opposition to Specially-Appearing Defendants Michael W. Harlan's and William J. Razzouk's Motion to Dismiss State Law Claims for Lack of Personal Jurisdiction ("Opposition to the Motion to Dismiss") and the accompanying Declaration of Alan R. Plutzik in Support of Plaintiffs' Opposition to the Motion to Dismiss pursuant to this Court's Order dated September 27, 2007.

The Court, having duly considered the submissions and arguments of counsel, hereby orders that:

1) Plaintiffs' Opposition to Defendants' Motion to Dismiss State Law Claims for Lack of Personal Jurisdiction lodged with the Court shall be filed under seal; and

2) The accompanying Declaration of Alan R. Plutzik in Support of Plaintiffs' Opposition to the Motion to Dismiss lodged with the Court shall be filed under seal.

IT IS SO ORDERED.

Dated: October 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

832473.1