UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH TRAVIS, et al.,

        Plaintiff,

   v.

RONALD J. MITTELSTAEDT, et al.,

        Defendants.
_____/
AND ALL RELATED ACTIONS
_____ /

NO. CIV. S- 06-2341 FCD/GGH

ORDER

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

    2.   All currently scheduled dates, including any pending motions, in the above-captioned action are **VACATED**; and

    3.    The Clerk shall issue a new scheduling order for the newly assigned judge.

IT IS SO ORDERED.

DATED: October 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

This case is reassigned to United States District Judge
_____.

IT IS SO ORDERED.

DATED: October 17, 2007

_____
GARLAND E. BURRELL JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT