LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   John C. Tang (Bar No. 212371)
   Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone:   650.328.4600
Facsimile:   650.463.2600

LATHAM & WATKINS LLP
   David M. Friedman (Bar No. 209214)
   Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   415.391.0600
Facsimile:   415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, Rose and Specially Appearing Defendants Harlan and Razzouk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al., | CASE NO. 2:06-CV-02341-LEW-GGH |
| Plaintiff(s), | "CONSOLIDATED ACTION" |
| v. | **STIPULATION AND ORDER TO EXTEND PAGE LIMITS OF REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS** |
| RONALD J. MITTELSTAEDT, et al., | |
| Defendant(s), and | |
| WASTE CONNECTIONS, INC., | |
| Nominal Defendant. | |
| LAWRENCE PIERCE, et al., | |
| Plaintiff(s), | |
| v. | |
| RONALD J. MITTELSTAEDT, et al., | |
| Defendant(s), and | |
| WASTE CONNECTIONS, INC., | |
| Nominal Defendant. | |

1  WHEREAS, on June 21, 2007, Nominal Defendant Waste Connections ("Waste Connections") moved to dismiss plaintiffs' consolidated complaint for failure to make a pre-suit demand pursuant to Fed.R.Civ.P. 23.1;

WHEREAS, on June 21, 2007, Individual Defendants moved to dismiss plaintiffs' consolidated complaint for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6);

WHEREAS, on June 21, 2007, Specially Appearing Defendants Messrs. Harlan and Razzouk also moved to dismiss certain claims for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2);

WHEREAS, Plaintiffs filed a consolidated opposition brief in response to Waste Connections' motion to dismiss and the Individual Defendants' Motion to Dismiss and filed a separate opposition brief in response to Specially Appearing Defendants Messrs. Harlan and Razzouk motion to dismiss;

IT IS SO STIPULATED by and between the undersigned counsel for the parties that:

1. The maximum acceptable length for Nominal Defendant Waste Connections' reply in support of the motion to dismiss plaintiffs' consolidated complaint for failure to make a pre-suit demand pursuant to Fed.R.Civ.P. 23.1 shall be fifteen (15) pages;

2. The maximum acceptable length for Individual Defendants' reply in support of the motion to dismiss plaintiffs' consolidated complaint for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6) shall be fifteen (15) pages;

3. The maximum acceptable length for Specially Appearing Defendants Messrs. Harlan and Razzouk also moved to dismiss certain claims for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2) shall be fifteen (15) pages.

///
///
///

| | | |
|---|---|---|
| 1 | Dated: October 17, 2007 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| | |    Paul H. Dawes |
| 3 | |    John C. Tang |
| | |    David M. Friedman |
| 4 | | |
| 5 | | By:         /S/ |
| | |      David M. Friedman |
| 6 | | |
| 7 | | Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, Rose and Specially Appearing Defendants Harlan and Razzouk |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: October 16, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
| 13 | | |
| 14 | | By: /S/ with express permission on 10/17/07 |
| | |    Alan R. Plutzik |
| 15 | | Alan R. Plutzik (Bar No. 077785) |
| | | Timothy Fisher (Bar No. 191626) |
| 16 | | Nichole T. Browning |
| 17 | | |
| 18 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
| | | Eric L. Zagar |
| 19 | | J. Daniel Albert |
| | | 280 King of Prussia Road |
| 20 | | Radnor, PA 19087 |
| 21 | | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 22 | |   Darren J. Robbins |
| | |   Travis E. Downs III |
| 23 | |   James I. Jaconette |
| 24 | | Attorneys for Plaintiffs |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1 **<u>ORDER</u>**

2  Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO
3 ORDERED.

4

5 Dated: October 18, 2007

_____

6 UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4   STIPULATION AND [PROPOSED] ORDER TO EXTEND
PAGE LIMITS OF REPLY BRIEFS IN SUPPORT OF
MOTIONS TO DISMISS