LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   John C. Tang (Bar No. 212371)
   Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

LATHAM & WATKINS LLP
   David M. Friedman (Bar No. 209214)
   Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, Rose and Specially-Appearing Defendants Harlan and Razzouk

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al.,<br><br>          Plaintiff(s),<br>v.<br>RONALD J. MITTELSTAEDT, et al.,<br><br>          Defendant(s),<br>and<br>WASTE CONNECTIONS, INC.,<br><br>          Nominal Defendant.<br>LAWRENCE PIERCE, et al.,<br><br>          Plaintiff(s),<br>v.<br>RONALD J. MITTELSTAEDT, et al.,<br><br>          Defendant(s),<br>and<br>WASTE CONNECTIONS, INC.,<br><br>          Nominal Defendant. | CASE NO. 2:06-CV-02341-LEW-GGH<br><br>"CONSOLIDATED ACTION"<br><br>**STIPULATION AND ORDER RE-NOTICING MOTIONS TO DISMISS** |

WHEREAS, on June 21, 2007, Nominal Defendant Waste Connections ("Waste Connections") moved to dismiss plaintiffs' consolidated complaint for failure to make a pre-suit demand pursuant to Fed. R. Civ. P. 23.1;

WHEREAS, on June 21, 2007, Individual Defendants moved to dismiss plaintiffs' consolidated complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, on June 21, 2007, Specially-Appearing Defendants Messrs. Harlan and Razzouk also moved to dismiss certain claims for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) (collectively, with the other two motions to dismiss referenced above, the "Motions to Dismiss");

WHEREAS, Plaintiffs filed a consolidated opposition brief in response to Waste Connections' motion to dismiss and the Individual Defendants' motion to dismiss, and filed a separate opposition brief in response to Specially-Appearing Defendants Messrs. Harlan and Razzouk's motion to dismiss; and

WHEREAS, Defendants filed their reply briefs in support of their Motions to Dismiss on October 19, 2007.

IT IS SO STIPULATED by and between the undersigned counsel for the parties that:

1. The Motions to Dismiss will now be heard by the Honorable Ronald S.W. Lew, United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, on February 1, 2008, at 10:00 a.m.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| | |    Paul H. Dawes |
| 3 | |    John C. Tang |
| | |    David M. Friedman |
| 4 | |    Andrew M. Farthing |

      By: _____/S/ Andrew Farthing_____
             Andrew M. Farthing

Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, Rose and Specially-Appearing Defendants Harlan and Razzouk

Dated: December 7, 2007

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
   Darren J. Robbins
   Travis E. Downs III
   James I. Jaconette

      By: _____/S/ James Jaconette_____
             James I. Jaconette
By Andrew M. Farthing with permission

SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
   Alan R. Plutzik
   Timothy Fisher
   Nichole T. Browning
   Eric L. Zagar
   J. Daniel Albert

Attorneys for Plaintiffs

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: December 7, 2007

                                        /s/ Ronald S. W. Lew
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com