LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   John C. Tang (Bar No. 212371)
   Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

LATHAM & WATKINS LLP
   David M. Friedman (Bar No. 209214)
   Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>RONALD J. MITTELSTAEDT, et al.,<br><br>        Defendants,<br>   and<br><br>WASTE CONNECTIONS, INC.,<br><br>        Nominal Defendant. | CASE NO. 2:06-CV-02341-LEW-GGH<br><br>"CONSOLIDATED ACTION"<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO VERIFIED FIRST AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, by Order entered March 19, 2008, this Court dismissed the
2  Corrected Verified Consolidated Shareholder Derivative Complaint with leave to amend;
3     WHEREAS, on April 8, 2008, Plaintiffs filed the Verified First Amended
4  Consolidated Shareholder Derivative Complaint ("Amended Complaint");
5     WHEREAS, the parties have agreed to participate in a mediation currently
6  scheduled to occur in May, 2008; and
7     WHEREAS, the parties desire to conserve resources and focus their efforts on the
8  upcoming mediation;
9     IT IS HEREBY STIPULATED THAT:
10    Defendants' deadline to answer, move, or otherwise respond to the Amended
11 Complaint shall be extended to June 10, 2008.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  April 15, 2008 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ Andrew M. Farthing |
| |     Andrew M. Farthing |
| | Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | By: /s/ James I. Jaconette |
| |     James I. Jaconette |
| | Lead Counsel for Plaintiffs |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon the stipulation of the parties, and good cause appearing, Defendants' deadline to answer, move, or otherwise respond to the Verified First Amended Consolidated Shareholder Derivative Complaint shall be extended to June 10, 2008.

IT IS SO ORDERED.

Dated:  April 16, 2008                          /s/ Ronald S. W. Lew
                                                Hon. Ronald S. W. Lew
                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com