LATHAM & WATKINS LLP
  Paul H. Dawes (Bar No. 55191)
  John C. Tang (Bar No. 212371)
  Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

LATHAM & WATKINS LLP
  David M. Friedman (Bar No. 209214)
  Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al.,<br><br>              Plaintiffs,<br>       v.<br><br>RONALD J. MITTELSTAEDT, et al.,<br><br>              Defendants,<br>       and<br><br>WASTE CONNECTIONS, INC.,<br><br>              Nominal Defendant. | CASE NO. 2:06-CV-02341-JAM-GGH<br><br>"CONSOLIDATED ACTION"<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO VERIFIED FIRST AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, by Order entered March 19, 2008, this Court dismissed the Corrected Verified Consolidated Shareholder Derivative Complaint with leave to amend;

WHEREAS, on April 8, 2008, Plaintiffs filed the Verified First Amended Consolidated Shareholder Derivative Complaint ("Amended Complaint");

WHEREAS, in anticipation of the parties' participation in a mediation in May, 2008, and upon stipulation of the parties, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until June 10, 2008 in an order dated April 16, 2008;

WHEREAS, the parties have made substantial progress toward a potential settlement of this action as a result of the above-referenced mediation; and

WHEREAS, the parties desire a further extension of time of 20 days to continue their settlement discussions without expending resources in responding to the Amended Complaint;

IT IS HEREBY STIPULATED THAT:

Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint shall be extended to June 30, 2008.

| | |
|---|---|
| Dated: May 30, 2008 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ Andrew M. Farthing<br>Andrew M. Farthing |
| | Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | By: /s/ James I. Jaconette by AMF<br>James I. Jaconette |
| | Lead Counsel for Plaintiffs |

**ORDER**

Upon the stipulation of the parties, and good cause appearing, Defendants' deadline to answer, move, or otherwise respond to the Verified First Amended Consolidated Shareholder Derivative Complaint shall be extended to June 30, 2008.

IT IS SO ORDERED.

Dated: May 30, 2008

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com