LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
   John C. Tang (Bar No. 212371)
   Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

LATHAM & WATKINS LLP
   David M. Friedman (Bar No. 209214)
   Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al.,<br><br>           Plaintiffs,<br>   v.<br><br>RONALD J. MITTELSTAEDT, et al.,<br><br>           Defendants,<br>   and<br><br>WASTE CONNECTIONS, INC.,<br><br>           Nominal Defendant. | CASE NO. 2:06-CV-02341-JAM-GGH<br><br>"CONSOLIDATED ACTION"<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO VERIFIED FIRST AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT TO JULY 30, 2008** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT TO JULY 30, 2008

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, by Order entered March 19, 2008, this Court dismissed the Corrected Verified Consolidated Shareholder Derivative Complaint with leave to amend;

WHEREAS, on April 8, 2008, Plaintiffs filed the Verified First Amended Consolidated Shareholder Derivative Complaint ("Amended Complaint");

WHEREAS, in anticipation of the parties' participation in a mediation in May, 2008, and upon stipulation of the parties, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until June 10, 2008 in an Order dated April 16, 2008;

WHEREAS, the parties made substantial progress toward a potential settlement of this action as a result of the above-referenced mediation;

WHEREAS upon the stipulation of the parties, on May 30, 2008, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until June 30, 2008;

WHEREAS since the Court's May 30, 2008 Order, the parties have continued to make substantial progress toward a potential settlement of this action; and

WHEREAS, the parties desire a further extension of time of to continue their settlement discussions without expending resources in responding to the Amended Complaint;

IT IS HEREBY STIPULATED THAT:

Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint shall be extended to July 30, 2008.

1 | Dated: June 20, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Andrew M. Farthing
    Andrew M. Farthing

Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:  /s/ James I. Jaconette (by AMF)
    James I. Jaconette

Lead Counsel for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon the stipulation of the parties, and good cause appearing, Defendants' deadline to answer, move, or otherwise respond to the Verified First Amended Consolidated Shareholder Derivative Complaint shall be extended to July 30, 2008.

IT IS SO ORDERED.

Dated:  June 20, 2008                                /s/ John A. Mendez
                                                                Hon. John A. Mendez
                                                                United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT TO JULY 30, 2008

PDF created with pdfFactory trial version www.pdffactory.com