LATHAM & WATKINS LLP
  Paul H. Dawes (Bar No. 55191)
  John C. Tang (Bar No. 212371)
  Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

LATHAM & WATKINS LLP
  David M. Friedman (Bar No. 209214)
  Samuel B. Lutz (Bar No. 241165)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Nominal Defendant Waste Connections, Inc., Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH TRAVIS, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>RONALD J. MITTELSTAEDT, et al.,<br><br>          Defendants,<br>     and<br><br>WASTE CONNECTIONS, INC.,<br><br>          Nominal Defendant. | CASE NO. 2:06-CV-02341-JAM-GGH<br><br>"CONSOLIDATED ACTION"<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO VERIFIED FIRST AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT TO AUGUST 29, 2008** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT TO AUGUST 29, 2008

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, by Order entered March 19, 2008, this Court dismissed the Corrected Verified Consolidated Shareholder Derivative Complaint with leave to amend;

WHEREAS, on April 8, 2008, Plaintiffs filed the Verified First Amended Consolidated Shareholder Derivative Complaint ("Amended Complaint");

WHEREAS, in anticipation of the parties' participation in a mediation in May, 2008, and upon stipulation of the parties, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until June 10, 2008 in an Order dated April 16, 2008;

WHEREAS, the parties made substantial progress toward a potential settlement of this action as a result of the above-referenced mediation;

WHEREAS upon the stipulation of the parties, on May 30, 2008, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until June 30, 2008;

WHEREAS upon the stipulation of the parties, on June 20, 2008, the Court extended Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint until July 30, 2008;

WHEREAS since the Court's May 30 and June 20, 2008 Orders, the parties have continued to make substantial progress toward a potential settlement of this action; and

WHEREAS, the parties desire a further brief extension of time to continue their settlement discussions and documentation of a potential settlement without expending resources in responding to the Amended Complaint;

IT IS HEREBY STIPULATED THAT:

Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint shall be extended to August 29, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 21, 2008 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ Andrew M. Farthing |
| |     Andrew M. Farthing |
| | Attorneys for Nominal Defendant Waste Connections, Inc., Individual Defendants Mittelstaedt, Davis, Dupreau, Bouck, Chambliss, Eddie, Foos, Hall, Hansen, Hunt, Little, Moser, and Rose, and Specially-Appearing Defendants Harlan and Razzouk |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | By: /s/ James I. Jaconette (by AMF) |
| |     James I. Jaconette |
| | Lead Counsel for Plaintiffs |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon the stipulation of the parties, and good cause appearing, Defendants' deadline to answer, move, or otherwise respond to the Verified First Amended Consolidated Shareholder Derivative Complaint shall be extended to August 29, 2008.

IT IS SO ORDERED.

Dated: July 21, 2008

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT TO AUGUST 29, 2008

PDF created with pdfFactory trial version www.pdffactory.com