1  LATHAM & WATKINS LLP
      Paul H. Dawes (Bar No. 55191)
2      John C. Tang (Bar No. 212371)
      Andrew M. Farthing (Bar No. 237565)
3  140 Scott Drive
   Menlo Park, California  94025
4  Telephone:  650.328.4600
   Facsimile:   650.463.2600
5
   LATHAM & WATKINS LLP
6      David M. Friedman (Bar No. 209214)
      Samuel B. Lutz (Bar No. 241165)
7  505 Montgomery Street, Suite 2000
   San Francisco, California  94111
8  Telephone:  415.391.0600
   Facsimile:   415.395.8095
9
   Attorneys for Nominal Defendant Waste
10 Connections, Inc., Defendants Mittelstaedt, Davis,
   Dupreau, Bouck, Chambliss, Eddie, Foos, Hall,
11 Hansen, Hunt, Little, Moser, and Rose, and
   Specially-Appearing Defendants Harlan and Razzouk
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                        SACRAMENTO DIVISION

16

17 KENNETH TRAVIS, et al.,                  CASE NO. 2:06-CV-02341-JAM-GGH

18             Plaintiffs,                  "CONSOLIDATED ACTION"
        v.
19 RONALD J. MITTELSTAEDT, et al.,          **STIPULATION AND ORDER STAYING
                                            ACTION**
20             Defendants,
        and
21
   WASTE CONNECTIONS, INC.,
22
              Nominal Defendant.
23

24

25

26

27

28

LATHAM&WATKINS⋅⋅
ATTORNEYS AT LAW
SAN FRANCISCO

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, the parties have entered into a Memorandum of Understanding

2   regarding the settlement of this action;

3   WHEREAS, the parties intend to complete the documentation of the settlement

4   and file on or before October 15, 2008 to request preliminary approval of the settlement; and

5   WHEREAS, the parties have agreed jointly to request a stay of all proceedings in

6   order to conserve resources and permit the parties to focus on the settlement.

7   IT IS HEREBY STIPULATED THAT:

8   All proceedings shall be stayed following entry of the [proposed] Order, and all

9   deadlines taken off calendar, subject to being reset if necessary.

10

11   Dated:  August 11, 2008                                   Respectfully submitted,

12                                                             LATHAM & WATKINS LLP

13

14   By: /s/ Andrew M. Farthing
     Andrew M. Farthing

15   Attorneys for Nominal Defendant
     Waste Connections, Inc., Individual
16   Defendants Mittelstaedt, Davis,
     Dupreau, Bouck, Chambliss, Eddie,
17   Foos, Hall, Hansen, Hunt, Little,
     Moser, and Rose, and Specially-
18   Appearing Defendants Harlan and
     Razzouk

19

20   COUGHLIN STOIA GELLER RUDMAN
     & ROBBINS LLP

21

22   By: /s/ James I. Jaconette (by AMF)
     James I. Jaconette

23   Lead Counsel for Plaintiffs

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

                                        2

STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

1

**ORDER**

2        Upon the stipulation of the parties, and good cause appearing, all proceedings are

3 hereby stayed, and all deadlines are hereby taken off calendar, subject to being reset if necessary.

4        IT IS SO ORDERED.

5

6 Dated:  August 11, 2008

7                                 /s/ John A. Mendez_____

                                  Hon. John A. Mendez

8                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com