UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TRAVIS, et al., Derivatively on Behalf of WASTE CONNECTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD J. MITTELSTAEDT, et al., <br><br> Defendants, <br><br> – and – <br><br> WASTE CONNECTIONS, INC., a Delaware corporation, <br><br> Nominal Defendant. | No. 2:06-cv-02341-JAM-GGH <br><br> Consolidated Action <br><br> ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE |

WHEREAS, the parties have made application, pursuant to Federal Rule of Civil Procedure 23.1, for an order (i) preliminarily approving the settlement (the "Settlement") of the Actions, in accordance with a Stipulation of Settlement dated March 19, 2009 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed Settlement and dismissal of the Actions with prejudice, upon the terms and conditions set forth therein; and (ii) approving for distribution of the Notice of Proposed Settlement ("Notice") and the Summary Notice; and

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein); and

WHEREAS, the Court having considered the Stipulation and the Exhibits annexed thereto and having heard the arguments of the Settling Parties at the preliminary approval hearing:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including the terms and conditions for settlement and dismissal with prejudice of the Actions.

2. A hearing (the "Settlement Hearing") shall be held before this Court on July 15, 2009, at 9:00 a.m., at the United States District Court, Eastern District of California, Sacramento Division (the "Court"), United States Courthouse, 501 I Street, Sacramento, California, to determine whether the Settlement of the Actions on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to current Waste Connections shareholders and to Waste Connections and should be approved by the Court; whether a Judgment as provided in ¶1.10 of the Stipulation should be entered herein, and to award attorneys' fees and expenses to Plaintiffs' Counsel.

3. The Court approves, as to form and content, the Notice and the Summary Notice annexed as Exhibits A-1 and A-2 hereto, and finds that the distribution of the Notice and the Summary Notice substantially in the manner and form set forth in this Order, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, and is the best notice

practicable under the circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

4. Not later than ten (10) calendar days following entry of this Order, Defendants shall cause a copy of the Notice substantially in the form annexed as Exhibit A-1 hereto to be filed with the U.S. Securities and Exchange Commission as a filing on Form 8-K and to be posted on the Company's website.

5. Not later than ten (10) calendar days following entry of this Order, Defendants shall cause a copy of the Summary Notice to be published once in the national edition of *Investor's Business Daily*.

6. At least seven (7) calendar days prior to the Settlement Hearing, Defendants' counsel shall serve on counsel for the Plaintiffs and file with the Court proof, by affidavit or declaration, of such filing, posting and publication.

7. All current Waste Connections shareholders shall be bound by all orders, determinations and judgments in the Actions concerning the Settlement, whether favorable or unfavorable to current Waste Connections shareholders.

8. Pending final determination of whether the Settlement should be approved, no current Waste Connections shareholder, either directly, representatively, or in any other capacity, shall commence or prosecute against any of the Defendants, any action or proceeding in any court or tribunal asserting any of the Released Claims.

9. All papers in support of the Settlement and the award of attorneys' fees and expenses shall be filed with the Court and served at least twenty-one (21) calendar days prior to the Settlement Hearing and any reply briefs will be filed by Plaintiffs' Counsel seven (7) calendar days prior to the Settlement Hearing.

10. Any current Waste Connections shareholder may appear and show cause, if he, she or it has any, why the Settlement of the Actions should not be approved as fair, reasonable and adequate, or why a Judgment should not be entered thereon, or why attorneys' fees and expenses should not be awarded to Plaintiffs' Counsel; provided, however, unless otherwise ordered by the Court, no current Waste Connections shareholder shall be heard or entitled to contest the approval of the terms and conditions of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, or the attorneys' fees and expenses to be awarded to

Plaintiffs' Counsel unless that Person has, at least fourteen (14) calendar days prior to the Settlement Hearing, filed with the Clerk of the Court and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof:

>Ellen Gusikoff Stewart
>COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA  92101-3301
>
>Eric L. Zagar
>BARROWAY TOPAZ KESSLER
>   MELTZER & CHECK, LLP
>280 King of Prussia Road
>Radnor, PA  19087
>
>***Counsel for Plaintiffs in the Federal Action***
>
>John C. Tang
>LATHAM & WATKINS LLP
>140 Scott Drive
>Menlo Park, CA  94025
>
>***Counsel for Nominal Defendant Waste Connections***
>***and the Individual Defendants***

The written objections and copies of any papers and briefs in support thereof to be filed in Court shall be delivered by hand or sent by first class mail to:

>Clerk of the Court
>UNITED STATES DISTRICT COURT
>EASTERN DISTRICT OF CALIFORNIA
>United States Courthouse
>501 I Street, Suite 4-200
>Sacramento, CA  95814

Any current Waste Connections shareholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness or adequacy of the Settlement as incorporated in the Stipulation and to the award of attorneys' fees and expenses to

Plaintiffs' Counsel, unless otherwise ordered by the Court, but shall otherwise be bound by the Judgment to be entered and the releases to be given.

11. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Defendants or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other actions or proceedings, whether civil, criminal or administrative. The Released Persons may file the Stipulation and/or a Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

12. The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to current Waste Connections shareholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to current Waste Connections shareholders.

IT IS SO ORDERED.

DATED: May 20, 2009           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
RANDI D. BANDMAN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JAMES I. JACONETTE
ELLEN GUSIKOFF STEWART
BENNY C. GOODMAN III
MARY LYNNE CALKINS


    ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
NICHOLE T. BROWNING

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | 2125 Oak Grove Road, Suite 120 |
| 5 | Walnut Creek, CA 94598<br>Telephone: 925/945-0200 |
| 6 | 925/945-8792 (fax) |
| 7 | BARROWAY TOPAZ KESSLER<br>  MELTZER & CHECK, LLP |
| 8 | ERIC L. ZAGAR<br>J. DANIEL ALBERT |
| 9 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 10 | Telephone: 610/667-7706<br>610/667-7056 (fax) |
| 11 | Attorneys for Plaintiffs in the Federal Action |
| 12 | |
| 13 | C:\Documents and Settings\HVine\Desktop\06cv2341.o.522.wpd |