1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TRAVIS, Derivatively on Behalf of WASTE CONNECTIONS, INC., <br><br>                    Plaintiff, <br><br>      vs. <br><br> RONALD J. MITTELSTAEDT, et al., <br><br>                    Defendants, <br><br>      – and – <br><br> WASTE CONNECTIONS, INC., a Delaware corporation, <br><br>                    Nominal Defendant. | No. 2:06-cv-02341-JAM-GGH <br><br> Consolidated Action <br><br> FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE <br><br><br><br><br><br> DATE:  July 15, 2009 <br> TIME:  9:00 a.m. <br> COURTROOM:  The Honorable <br>                    John A. Mendez |

This matter came before the Court for hearing pursuant to the Order of this Court, entered May 22, 2009 ("Order"), on the application of the parties for approval of the settlement ("Settlement") set forth in the Stipulation of Settlement dated March 19, 2009 (the "Stipulation"). Due and adequate notice having been given to the current Waste Connections, Inc. ("Waste Connections") shareholders as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein).

2. This Court has jurisdiction over the subject matter of the Federal Action, including all matters necessary to effectuate the Settlement, and over all parties to the Federal Action, including the Plaintiffs, the current Waste Connections shareholders and the Defendants.

3. The Federal Action and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice. As between Plaintiffs and Defendants, the parties are to bear their own costs, except as otherwise provided in the Stipulation regarding Plaintiffs' Counsel's attorneys' fees and expenses.

4. The Court finds that the Stipulation and Settlement are fair, reasonable and adequate as to each of the Settling Parties, and hereby finally approves the Stipulation and Settlement in all respects, and orders the Settling Parties to perform its terms to the extent the Settling Parties have not already done so.

5. Upon the Effective Date, the Plaintiffs (acting on their own behalf and derivatively on behalf of Waste Connections) and Waste Connections shall have, and each Waste Connections shareholder shall be deemed to have and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged (i) the Released Claims against the Released Persons;

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - No. 2:06-cv-02341-JAM-GGH                                                                   - 1 -

and (ii) any and all claims (including Unknown Claims) arising out of, relating to, or in connection with, the defense, settlement or resolution of the Actions, against the Released Persons. Nothing herein shall in any way impair or restrict the rights of any Settling Party to enforce the terms of the Stipulation.

6. Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Plaintiffs and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement or resolution of the Actions or the Released Claims. Nothing herein shall in any way impair or restrict the rights of any Settling Party to enforce the terms of the Stipulation.

7. The Court finds that the notice given to current Waste Connections shareholders was the best notice practicable under the circumstances. Said notice also provided the best notice practicable under the circumstances of these proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23.1 and the requirements of due process.

8. The Court hereby approves the fee award in the amount of $3,000,000 in accordance with the Stipulation and finds that such fee is reasonable.

9. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Defendants; or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other actions or proceedings,

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - No. 2:06-cv-02341-JAM-GGH - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

whether civil, criminal or administrative.  Released Persons may file the Stipulation and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

10. During the course of the litigation, the parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11 and all other similar laws.

11. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the Federal Action and the parties to the Stipulation to enter any further orders as may be necessary to effectuate the Stipulation, the Settlement provided for therein and the provisions of this Judgment.

12. This Judgment is a final, appealable judgment and should be entered forthwith by the Clerk in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:  July 15, 2009           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

Submitted by:

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
RANDI D. BANDMAN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - No. 2:06-cv-02341-JAM-GGH                                                        - 3 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | JAMES I. JACONETTE<br>ELLEN GUSIKOFF STEWART |
| 4 | BENNY C. GOODMAN III |
| 5 | |
| 6 |        s/ Ellen Gusikoff Stewart<br>ELLEN GUSIKOFF STEWART |
| 7 | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 9 | |
| 10 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 11 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 12 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 13 | |
| 14 | BARROWAY TOPAZ KESSLER<br>  MELTZER & CHECK, LLP<br>ALAN R. PLUTZIK |
| 15 | NICHOLE T. BROWNING<br>2125 Oak Grove Road, Suite 120 |
| 16 | Walnut Creek, CA  94598<br>Telephone:  925/945-0200 |
| 17 | 925/945-8792 (fax) |
| 18 | BARROWAY TOPAZ KESSLER<br>  MELTZER & CHECK, LLP |
| 19 | ERIC L. ZAGAR<br>J. DANIEL ALBERT |
| 20 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 21 | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 22 | |
| 23 | Attorneys for Plaintiffs |
| 24 | |
|  | S:\Settlement\Waste Connections.set\ORD JDG 00060235.doc |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
|  | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH<br>PREJUDICE - No. 2:06-cv-02341-JAM-GGH   - 4 - |

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2009.

   s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

PDF created with pdfFactory trial version www.pdffactory.com